**DENIED**
The Bankruptcy Code does not permit a reaffirmation after discharge.



_____
DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT FOR MARYLAND

IN RE: ANDRE A. SMALL
    DEBTOR                       CASE# 09-12501

### MOTION TO REOPEN BANKRUPTCY CASE TO FILE REAFFIRMATION AGREEMENT.

Come now Andre Small motions this court to reopen said case to file the reaffirmation agreement.

**WHEREFORE** the debtor prays that:

    a) The bankruptcy case is reopened to file said reaffirmation agreement.

    b) Any other such relief that this court deem just and proper.

                                        Andre A. Small

\*\* My mortgage is currently in foreclosure (PNC) my mortgage holder will not modify my loan unless I reaffirm the debt.